Receipt # 0lda0386

ORIGINAL

FILED
APR 9 2007
U.S. COURT OF FEDERAL CLAIMS

DILLON & FINDLEY
A PROFESSIONAL CORPORATION
THE EBNER BUILDING
350 NORTH FRANKLIN STREET
JUNEAU, ALASKA 99801
(907) 586-4000

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MILLER CONSTRUCTION CO., LTD.,** **Plaintiff,** vs. **THE UNITED STATES,** **Defendant.** | ) ) ) ) ) ) ) ) ) | 07-228 C No. ______ |

## COMPLAINT

Plaintiff Miller Construction Co., Ltd., through counsel, the law firm of Dillon & Findley, P.C., complains and alleges as follows:

## JURISDICTION

1. Plaintiff Miller Construction Co., Ltd. (hereafter "MCC"), is an Alaska corporation with its principal place of business in Juneau, Alaska.

2. Plaintiff MCC's claim against the United States is founded upon an express contract the United States entered into with plaintiff through the United States Department of Agriculture, Division of Forest Service.

3. Jurisdiction in this court is proper under 28 U.S.C. § 1491(a)(1).

## GENERAL ALLEGATIONS

4. On or about August 17, 2004, the United States Department of Agriculture, Division of Forest Service, issued negotiated (RFP) Solicitation Number R10-05-02-37, through the awarding office of the Tongass National Forest, for offers to construct the Steep Creek Salmon Viewing Area-Phase II, Sections A-J.

5. Plaintiff MCC, through its Vice-President, Terrence J. Miller, submitted an offer in response to RFP Solicitation No. R10-05-02-37 on or about August 27, 2004.

6. Plaintiff MCC's offer was accepted, and on or about September 21, 2004, Contract No. 50-0116-4-00736 was awarded to plaintiff MCC by United States Contracting Officer Stephen M. Patton.

7. On the same day Contracting Officer Stephen M. Patton awarded Contract No. 50-0116-4-00736 to plaintiff MCC, Contracting Officer Patton formally designated Martha DeFreest as the Contracting Officer's Representative to administer the contract.

8. The scope of the project included, but was not limited to, construction of a rockery wall, in the vicinity of the Steep Creek Salmon Viewing Area, which is located within the Mendenhall Glacier Recreation Area, United States Forest Service, Juneau Ranger District, Juneau, Alaska.

9. Prior to construction, on or about November 10, 2004, Contracting Officer Representative Martha DeFreest walked the site with plaintiff MCC's surveyor, Tom Ginger. At that time, Ms. DeFreest instructed Mr. Ginger that rockery wall should be constructed in all locations where cuts or fills exceeded eighteen (18) inches in elevation.

10. Upon information and belief, Contracting Officer Representative Martha DeFreest also participated in staking the proposed rockery wall before its construction. Subsequently, Ms. DeFreest inspected the work as it progressed. She further instructed and approved for plaintiff MCC to construct the project in all material respects, necessitating plaintiff MCC to incur additional expenses in completing the project. In so doing, Ms. DeFreest once again approved of construction of the rockery wall.

DILLON & FINDLEY
A PROFESSIONAL CORPORATION
THE EBNER BUILDING
350 NORTH FRANKLIN STREET
JUNEAU, ALASKA 99801
(907) 586-4000

11. Plaintiff MCC, in good faith, proceeded to construct the rockery wall in conformance with the contract specifications and Ms. DeFreest's instructions.

12. On or about May 5, 2005, Contracting Officer Representative Martha DeFreest issued a work order directing plaintiff MCC to remove certain sections of the in-place rockery wall and replace it with a gravel fill, at no extra cost.

13. In response, plaintiff MCC, through its General Manager, Timothy A. Miller, informed Contracting Officer Representative Martha DeFreest and Contracting Officer Stephen M. Patton that it would not remove the in-place rockery walls for all of the following reasons:

(a) To do so would violate Section 107-109, paragraph 1 and Section 107-1.11, paragraph 3b, of the State of Alaska Department of Transportation and Public Facilities Standard Specifications for Highway Construction, 2004 Edition and the contract specifications as stated by Ms. DeFreest;

(b) To do so would violate Section 01010, 1.5A, paragraph 3 of the project manual;

(c) When the project was first surveyed, plaintiff MCC's surveyor, Tom Ginger, was told by defendant United States that the trails had to be constructed within a ten (10) foot corridor, and that when the height of the fill was above eighteen (18) inches or a cut area was below eighteen (18) inches, then a rockery wall must be installed. The area in question fell within those parameters; and

DILLON & FINDLEY
A PROFESSIONAL CORPORATION
THE EBNER BUILDING
350 NORTH FRANKLIN STREET
JUNEAU, ALASKA 99801
(907) 586-4000

(d) Removal of the rockery wall and installation of a gravel fill would require expansion of the corridor in this area to twenty (20) feet, and would further require for plaintiff MCC to place fill upon wetlands.

14. Plaintiff MCC informed defendant United States that it would do as demanded if defendant United States agreed to hold plaintiff MCC harmless for discharging a gravel fill into a wetlands area and paid for the work, because the additional work falls outside the scope of the contract.

15. Defendant United States declined to either hold plaintiff MCC harmless for discharging a gravel fill into a wetlands area or pay for the work.

16. Despite repeated requests, defendant United States has also refused to pursue resolution of this dispute through Alternative Dispute Resolution (ADR).

17. Plaintiff MCC performed its obligations under the Contract in all material respects.

18. Defendant United States did not. Defendant United States materially breached the contract by failing to pay plaintiff MCC for the work associated with the rockery wall. 19. As a proximate and foreseeable consequence of defendant United States' breach, plaintiff MCC has suffered and will continue to suffer damages in an amount to be established at trial.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff MCC prays for judgment against defendant United States as follows:

DILLON & FINDLEY
A PROFESSIONAL CORPORATION
THE ENNER BUILDING
350 NORTH FRANKLIN STREET
JUNEAU, ALASKA 99801
(907) 586-4000

A. For judgment against defendant United States and in favor of plaintiff MCC in the amount of $39,510.00, plus interest, and/or amounts to be determined at trial;

B. For an award of attorney's fees, costs, and pre- and post-judgment interest and penalties; and

C. For such further relief as the court deems just and proper.

DATED this 5th day of April, 2007.

DILLON & FINDLEY, P.C.

By: ____________________

ATTORNEY OF RECORD

Paul L. Dillon
Kristen D. Pettersen
Attorneys for Plaintiff
350 N. Franklin
Juneau, Alaska 99801
Phone: (907) 586-4000
Fax: (907) 586-3777

DILLON & FINDLEY
A PROFESSIONAL CORPORATION
THE EBNER BUILDING
350 NORTH FRANKLIN STREET
JUNEAU, ALASKA 99801
(907) 586-4000