ORIGINAL

RECEIVED
APR 9 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Miller Construction Co., LTD

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): ~~Paul L. Dillon and~~ Kristen D. Pettersen

Firm Name: Dillon & Findley, P.C.

07-228 C

Post Office Box: n/a

Street Address: 350 N. Franklin

City-State-Zip: Juneau, AK 99801

Telephone & Facsimile Numbers: Phone: (907) 586-4000 Fax: (907) 586-3777

Is the attorney of record admitted to the Court of Federal Claims Bar? ☐ Yes ■ No

* Admission papers for both attorneys submitted herewith.

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ■ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 0 0

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A G R

See attached sheet for three-digit codes.

Amount Claimed: $ 39,510.00, plus interest

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ 0.00
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.