ORIGINAL

FILED
APR 9 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**MILLER CONSTRUCTION CO., LTD.,** )
)
**Plaintiff,** )
)
**vs.** )
)
**THE UNITED STATES,** )
)
**Defendant.** )
)

**No. 07-228 C**

## DISCLOSURE STATEMENT PER RCFC7.1

Miller Construction Company, LTD, ("MCC") does not have a parent corporation and none of MCC's stock is held by any outside party.

DATED this 5th day of April, 2007.

DILLON & FINDLEY, P.C.

By: [signature]
Paul L. Dillon
ATTORNEY OF RECORD Kristen D. Pettersen
Attorneys for Plaintiff
350 N. Franklin
Juneau, Alaska 99801
Phone: (907) 586-4000
Fax: (907) 586-3777

DILLON & FINDLEY
A PROFESSIONAL CORPORATION
THE EBNER BUILDING
350 NORTH FRANKLIN STREET
JUNEAU, ALASKA 99801
(907) 586-4000