**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MILLER CONSTRUCTION CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-228 C |
| | ) | (Judge Sweeney) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to plaintiff's complaint, defendant admits, denies and alleges as follows:

1. Denies the allegations contained in paragraph 1 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

2. The allegations contained in paragraph 2 constitute conclusions of law and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

3. The allegations contained in paragraph 3 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

4. Admits.

5. Admits.

6. Admits.

7. Admits.

8. Admits.

9. Denies the allegation contained in the first sentence of paragraph 9. Avers that Martha DeFreest and Tom Ginger "walked the site" on November 1, 2004. Denies the allegations contained in the second sentence of paragraph 9.

10. Denies the allegation contained in the first sentence of paragraph 10. Admits the allegation contained in the second sentence of paragraph 10. Denies the allegation contained in the third sentence of paragraph 10 that "[s]he further instructed and approved for plaintiff MCC to construct the project in all material respects," for lack of knowledge and information sufficient to form a belief as to the truth of the matters asserted. Denies the remainder of the allegations contained in paragraph 10. Denies the allegation contained in the fourth sentence of paragraph 10.

11. The allegation contained in paragraph 11 that "MCC, in good faith proceeded to construct the rockery wall in conformance with the contract specifications" constitutes a legal conclusion, to which no answer is required; to the extent it may be deemed an allegation of fact, it is denied. Denies the allegation contained in paragraph 11 that MCC constructed the rockery wall in conformance with "Ms. DeFreest's instructions."

12. Admits the allegations contained in paragraph 12 to the extent supported by the work order cited, which is the best evidence of its contents; otherwise, denies the allegations contained in paragraph 12.

13. Admits that in his letter dated May 13, 2005, Timothy A. Miller, MCC's General Manager, responded to Ms. DeFreest's May 5, 2005 work order and stated in his letter that MCC would not remove in-place rockery walls for the reasons identified in paragraph 13(a-d) of the complaint.

14. Admits that in his letter to Ms. DeFreest dated May 13, 2005 Timothy A. Miller, MCC's General Manager stated that "if you want MCC to do as demanded, then you must hold MCC harmless for discharging a gravel fill into a wetlands area, and then, you must pay for the work, because the additional work falls outside the scope of the contract."

15. Admits.

16. Admits.

17. The allegation contained in paragraph 17 constitutes a conclusion of law, to which no answer is required; to the extent it may be deemed allegations of fact, it is denied.

18. The allegations contained in paragraph 18 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

19. The allegations contained in paragraph 19 constitute conclusions of law, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

20. Defendant denies that plaintiff is entitled to the relief requested in the "Wherefore" clause following paragraph 19 of the complaint or to any other relief whatsoever.

21. Denies each and every allegation not previously admitted or otherwise qualified.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ David M. Hibey
:
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

June 8, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of June, 2007, a copy of the foregoing "Defendant's Answer" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey