**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MILLER CONSTRUCTION CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-228 C |
| | ) | (Judge Sweeney) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21 day enlargement of time, to and including August 20, 2007, for the parties to file a Joint Preliminary Status Report ("JPSR"). The JPSR is currently scheduled to be filed on or before July 30, 2007. Counsel for the plaintiff indicated that he consents to the Government's motion. This is the first motion for enlargement of time in this matter.

An enlargement of time is necessary in this matter so that counsel for the parties will have adequate time to confer with each other and their clients, as well as time to exchange necessary information in order to prepare the JPSR. Counsel for the Government will be in Palo Alto, California for the remainder of the week to take and defend four depositions in Teknowledge Corp. v. United States, No. 06-310 (Fed. Cl.), and thus will not be able to devote adequate time to preparing the JPSR and obtaining necessary supervisory review prior to filing the document. A 21-day enlargement of time is necessary because counsel for the Government has a series of hearings and deadlines scheduled between August 2 and August 8 (JPSR due August 2 in Mass Hauling, Corp. v. United States No. 07-76 (Fed. Cl.); Joint Status Report due August 6 in WTAK-2, Inc. v.

United States, No. 05-1282 (Fed. Cl.); Initial Disclosures due August 6 in Bass Management, Inc. v. United States, No. 07-56 (Fed. Cl.); Status Conference on August 6 in Clyde G. Steagall, Inc. v. United States, No. 07-130 (Fed. Cl.); Respondent's Brief due August 6 in Malic v. DVA, No. 2007-3262 (Fed. Cir.); and, Oral Argument on August 8 in Whelan v. United States Postal Service No. 2007-3040 (Fed. Cir.)). Counsel for the Government also has scheduled annual leave beginning on the afternoon of August 8 through August 14.

For the foregoing reasons, the Government respectfully requests that its consent motion be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ David M. Hibey
:
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

July 23, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 23rd day of July, 2007, a copy of the foregoing "Defendant's Consent Motion for an Enlargement of Time To File a Joint preliminary Statement" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey