# In the United States Court of Federal Claims

No. 07-228C
(Filed: July 24, 2007)

| | |
|---|---|
| MILLER CONSTRUCTION CO., LTD., Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## ORDER

On July 23, 2007, defendant filed its Consent Motion for Enlargement of Time to File a Joint Preliminary Status Report ("JPSR"). Defendant represents that plaintiff consents to defendant's motion for enlargement, and the additional time is necessary to allow both counsel to confer with their clients. The JPSR is currently due on July 30, 2007, and defendant seeks an enlargement until August 20, 2007.

**For good cause shown, the court GRANTS defendant's Consent Motion for Enlargement of Time to File a Joint Preliminary Status Report. The parties shall file their JPSR no later than Monday, August 20, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge