# In the United States Court of Federal Claims

No. 07-228C
(Filed: August 27, 2007)

************************************
MILLER CONSTRUCTION CO., LTD., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

The parties filed the Joint Preliminary Status Report on August 20, 2007. **By no later than Friday, September 7, 2007,** the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule the telephonic preliminary scheduling conference (RCFC 16(b) and Appendix A ¶ 7) to discuss further proceedings in this case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge