# In the United States Court of Federal Claims

No. 07-228C
(Filed: September 11, 2007)

***********************************
MILLER CONSTRUCTION CO., LTD., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

The parties filed their Joint Preliminary Status Report on August 20, 2007. The **preliminary scheduling conference will be held on Tuesday, September 18, 2007, at 2:00 p.m.** The parties shall appear by telephone. Counsel for the parties shall call Judge Sweeney's judicial assistant, Beryl Sanders, at (202) 357-6644, one business day before the conference with the phone number where they can be reached at the time of the conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge