# In the United States Court of Federal Claims

No. 07-228C
(Filed: September 18, 2007)

| | |
|---|---|
| ************************************ | |
| MILLER CONSTRUCTION CO., LTD., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ************************************ | |

**ORDER**

The parties filed their Joint Preliminary Status Report on August 20, 2007. The Court held a recorded preliminary scheduling conference on September 18, 2007, to discuss the parties' proposed discovery schedule. As modified by the parties during the September 18, 2007 conference, the court adopts the following discovery schedule:

1. The parties shall exchange initial disclosures no later than Thursday, November 1, 2007.

2. Fact discovery shall close no later than Monday, May 5, 2008.

3. The parties shall exchange expert reports, if any, no later than Friday, July 18, 2008.

4. The parties shall exchange expert rebuttal reports, if any, no later than Monday, August 18, 2008.

5. The parties shall conduct expert depositions, if any, no later than Wednesday, October 1, 2008.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge