Kristen D. Pettersen
DILLON & FINDLEY, P.C.
350 N. Franklin Street
Juneau, AK 99801
Phone: 907-586-4000
Fax: 907-586-3777

LAW OFFICES
DILLON & FINDLEY
A PROFESSIONAL CORPORATION
350 N. Franklin Street
Juneau, Alaska 99801
TEL. (907) 586-4000 - FAX (907) 586-3777

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MILLER CONSTRUCTION CO., LTD.<br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES<br>Defendant. | Case No. 07-228 C<br>(Judge Sweeney) |

**CONSENT MOTION TO ENLARGE PRE-TRIAL DEADLINES**

Due to scheduling conflicts on the part of both parties' counsel, plaintiff Miller Construction Co., Ltd., hereby requests that the pre-trial deadlines in this action be enlarged for a period of ninety (90) days. This motion is not opposed by counsel for defendant, the United States.

The new jointly proposed deadlines are as follows:

(1) Close of Fact Discovery: August 4, 2008;

(2) Exchange of Expert Reports: October 17, 2008;

(3) Exchange of Expert Rebuttal Reports: November 18, 2008; and

(4) Expert Depositions Deadline: January 2, 2009.

Dated: May 2, 2008

DILLON & FINDLEY, P.C.
Attorney for Plaintiff

By: s/ Kristen D. Pettersen

Kristen D. Pettersen
350 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4000
Fax: (907) 586-3777
Email: law@dillonfindley.com

Certificate of Service

I hereby certify that on the 2nd day of May, 2008, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system:

David M. Hibey, Trial Attorney
David.Hibey@usdoj.gov
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, DC 20530

DILLON & FINDLEY, P.C.

By: s/ Kristen D. Pettersen

LAW OFFICES
DILLON & FINDLEY
A PROFESSIONAL CORPORATION
350 N. Franklin Street
Juneau, Alaska 99801
TEL. (907) 586-4000 - FAX (907) 586-3777