# In the United States Court of Federal Claims

No. 07-228 C
(Filed: May 8, 2008)

***********************************
MILLER CONSTRUCTION CO., LTD., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On May 7, 2008, plaintiff in the above-captioned case filed a Consent Motion to Enlarge Pre-Trial Deadlines. Plaintiff's motion is **GRANTED**. The court adopts the following discovery schedule:

- Fact discovery shall close **no later than Monday, August 4, 2008**.
- The parties shall exchange expert reports, if any, **no later than Friday, October 17, 2008**.
- The parties shall exchange expert rebuttal reports, if any, **no later than Tuesday, November 18, 2008**.
- The parties shall conduct expert depositions, if any, **no later than Friday, January 2, 2009**.
- The parties shall file a joint status report suggesting further proceedings **no later than Wednesday, January 14, 2009**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge